UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Aspire Channel, LLC<br>2077 Convention Center Concourse<br>Suite 300<br>Atlanta, Georgia 30337<br><br>                Plaintiff,<br><br>v.<br><br>Penngood, LLC,<br>1015 18th Street, NW, Suite 600<br>Washington, DC 20036<br><br>                Defendant. | Civil Action No. 1:15-cv-707 |

## COMPLAINT FOR DAMAGES

Plaintiff Aspire Channel, LLC ("Aspire") brings this action for breach of contract against Defendant Penngood, LLC ("Penngood"). For its complaint against Defendant Penngood, Aspire alleges the following upon knowledge, information, and belief:

### I. Nature of Complaint

1. This case presents a straightforward breach of contract claim. Aspire entered into a written contract with Penngood and provided the services required under that contract. Penngood has failed and refused to pay the amount specified in the contract for such services.

### II. Parties

2. Plaintiff Aspire is a limited liability company organized under Delaware law, with its principal place of business located at 2077 Convention Center Concourse, Suite 300, Atlanta, Georgia 30337.

3. Defendant Penngood is a limited liability company organized under District of Columbia law, with its principal place of business located at 1015 18th Street, NW, Suite 600, Washington, DC 20036.

### III. Jurisdiction and Venue

4. This Court has jurisdiction over this action, pursuant to 28 U.S.C. §1332, because there is complete diversity between Plaintiff Aspire and Defendant Penngood. The amount in dispute, which Aspire claims as damages in this action, substantially exceeds $75,000.

### IV. Cause of Action for Breach of Contract

5. On or about September 19, 2014, Aspire and Penngood entered into a written contract, dated September 19, 2014, which was styled as a "Penngood Media Services Buying Specifics Authorization Letter in Support of the U.S. Army African American Consumer Market (AACM) Media Buy" ("Penngood Contract").

6. Pursuant to the Penngood Contract, Aspire was to provide a specified number of "Total Units," which are advertising spots on Aspire's video programming service that is carried by cable television systems to millions of subscribers. In return for airing such advertisements, Penngood agreed to pay $499,800 to Aspire.

7. Aspire fulfilled its obligations under the Penngood Contract by airing the required number of Total Units of advertising on behalf of the U.S. Army during the fourth quarter of 2014.

8. Although Penngood agreed to pay $499,800 to Aspire for airing the advertisements on behalf of the U.S. Army, it paid only $62,241.25 to Aspire on or about

March 24, 2015. Since that partial payment, Penngood has failed and refused to pay the remaining amount of $437,558.75 owed under the Penngood Contract.

## V. Cause of Action for Unjust Enrichment

9. Aspire repeats and reincorporates herein the averments in Paragraph Nos. 1-8 of this Complaint.

10. Penngood has received directly or indirectly from the U.S. Army full payment for the advertising spots provided by Aspire pursuant to the Penngood Contract, including the amount payable by Penngood to Aspire under the Penngood Contract.

11. Penngood has been unjustly enriched by accepting payment directly or indirectly from the U.S. Army for the advertising spots provided by Aspire while wrongfully refusing to pay Aspire the amount owed under the Penngood Contract.

## Prayer for Relief

WHEREFORE, Plaintiff Aspire Channel, LLC requests that this Court enter judgment against Defendant Penngood, LLC as follows:

A. Grant judgment to Aspire against Penngood for breach of contract in the amount of $437,558.75;

B. Order prejudgment interest on the amount owed and payable to Aspire;

C. Award to Aspire its attorneys' fees and costs in bringing this action; and

D.  Grant such other and further relief as this Court may deem just and proper.

May 8, 2015                     Respectfully submitted,

_____
Robert L. Hoegle, Bar No. 940379
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
Bob.Hoegle@nelsonmullins.com
Phone: 202-712-2800
Fax: 202-712-2860

*Attorneys for Plaintiff Aspire Channel, LLC*